COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

TRIPLE CROWN MOVING AND STORAGE, LLC,

§

No. 08-19-00264-CV

§

Appeal from the

Appellant,

§

County Court at Law No. 6

v.

§

of El Paso County, Texas

JEFF ACKERMAN,

§

(TC# 2019-CCV00970)

Appellee.

§

**O R D E R**

On November 6, 2019, this Court issued an order for mediation referral. The order required the parties to confer and attempt to agree upon a qualified mediator within twenty days of the date of the order and notify the Court of the mediator's name and contact information. On December 6, 2019, the Appellant advised the Court that the parties were unable to agree on a mediator. Therefore, the Court ORDERS the appeal to continue. The suspension of the appellate timetable is lifted and the Record shall be filed in this Court on or before January 8, 2020.

IT IS SO ORDERED this 9th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.